# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINA KNAPP and
DOUGLAS KNAPP,                          :

    Plaintiffs                        :

                      CIVIL ACTION NO. 3:18-1422

    v.                                 :

                      (JUDGE MANNION)

UNITED STATES OF AMERICA,       :
DEPT. OF HEALTH AND HUMAN
SERVICES,                               :

    Defendant                        :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant United States' motion for summary judgment, **(Doc. 9)**, based on Plaintiffs' failure to present their administrative claim, SF-95, to the appropriate federal agency within two years of accrual of their cause of action, as required by 28 U.S.C. §2401(b), is **GRANTED** regarding plaintiffs' claims raised under the FTCA.

2. **JUDGMENT** is entered in favor of the United States and against the Plaintiffs as to plaintiffs' claims under the FTCA.

3. The Clerk of Court is directed to **CLOSE** this case.

                              s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**

**Dated: February 28, 2020**

19-1786-01-Order